UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA *ex rel.*       :
HAMID (JOE) LAHIJANI,                    :
                                         :
       Plaintiff,                        :
                                         :
  - against -                           :       19 Civ. 3290 (PGG)
                                         :
DELTA UNIFORMS, INC., and                :
GEORGE ILOULIAN (a/k/a GEORGE            :
ILLULIAN), individually,                 :
                                         :
       Defendants.                       :
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
       Plaintiff-Intervenor,             :
                                         :
  - against -                           :
                                         :
DELTA UNIFORMS, INC. and                 :
GEORGE ILOULIAN,                         :
                                         :
       Defendants.                       :
-------------------------------------------------------------x

## UNSEALING ORDER

WHEREAS, by notice dated September 22, 2021, the United States of America intervened in the above-captioned *qui tam* pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4);

IT IS HEREBY ORDERED, that

1.    The seal shall be lifted as to this Order and any matter occurring in this action on or subsequent to the date of this Order.

2.    All documents filed in this action before the date of this Order shall remain under seal and shall not be made public, except for the following documents: the relator's complaint, the United States' notice of intervention, and the United States' complaint-in-intervention.

Dated:   New York, New York
         September 23, 2021

SO ORDERED:

_____
HON. PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE