

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 4, 2023

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

  Re: United States of America *ex rel.* Lahijani v. Delta Uniforms, Inc., *et al.*,
     19 Civ. 3290 (PGG)

Dear Judge Gardephe:

  This Office represents the United States (the "Government") in the above referenced action filed under the *qui tam* provisions of the False Claims Act, as amended, 31 U.S.C. § 3729 *et seq.* (the "FCA"), in which the Government intervened. I write in accordance with the Court's December 1, 2021 Order, *see* ECF No. 14, to advise the Court that a judgment has been entered in the criminal matter against Defendant George Iloulian. *United States v. Iloulian*, 21 Cr. 579 (PGG), Dkt No. 60 (Judgment in Criminal Case, entered April 13, 2022).[1] Accordingly, the Government requests that the stay of the above captioned civil matter be lifted.

  Pursuant to the proposed order previously submitted by the parties and memo endorsed by the Court, "Defendants shall file any answers or other responsive pleadings within 60 days of the Government's letter . . . or such other date as may be set by the Court." ECF No. 14 at 6.

**MEMO ENDORSED**

The Application is granted.

**SO ORDERED:**

*Paul S. Gardephe* (signature)

**Paul G. Gardephe, U.S.D.J.**
Dated: May 8, 2023

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: */s/ Dominika Tarczynska*
   DOMINIKA TARCZYNSKA
   Assistant United States Attorney
   Tel. (212) 637-2748
   Fax (212) 637-2686

---

[1] Pursuant to the Court's order, the Government was to advise the Court fourteen days after entry of the Judgment. However, due to a calendaring error, undersigned counsel was under the misimpression that this letter was due thirty days after entry of the criminal judgment. We sincerely apologize for this omission.

cc: Hadassa Waxman, Esq. (via email)
*Counsel for Defendants*

Heidi Wendel, Esq. (via email)
Bertrand Madsen, Esq. (via email)
*Counsel for Relator*