**GX 09**

| | |
|---|---|
| From: | Faisal Naseem Stitchwell <faisal@stitchwellgarments.com> |
| Sent: | Mon, 14 Nov 2016 07:34:58 -0500 (EST) |
| To: | Delta Uniforms <deltauniformsusa@yahoo.com> |
| Cc: | Ahmed Karim <ahmed@stitchwellgarments.com> |
| Subject: | Re: packing list |
| Attachments: | Commercial Invoice # SWG-1792-2016.pdf |

Dear Mr.George,
Please find attached Commercial Invoice & Under Invoice

Kind Regards,
Faisal Naseem

On Wed, Nov 9, 2016 at 6:40 AM, Delta Uniforms <deltauniformsusa@yahoo.com> wrote:

> Dear Mr. Faisal,
> Thanks for the packing list,please advised when you will send the invoices.

Thanks
George
**DELTA UNIFORMS,INC.**
132 West 36 Street Suite#500
New York,NY 10018
**Tel:**(212)643-1940
**Fax:**(212)643-1943
**Email:**deltauniformsusa@yahoo.com

On Wednesday, November 9, 2016 7:56 AM, Faisal Naseem Stitchwell <faisal@stitchwellgarments.com> wrote:

Dear Mr. George,
Sorry for Inconvenience

Please find attached Packing list for Invoice # SWG/1792/2016

Thanks & Kind Regards,
Faisal Naseem

On Tue, Nov 8, 2016 at 8:41 AM, Delta Uniforms <deltauniformsusa@yahoo.com> wrote:

> Dear Mr. Ahmed,
> Where is the packing list?

RLTR030125
USAO_325913

Thanks
George

**DELTA UNIFORMS,INC.**
132 West 36 Street Suite#500
New York,NY 10018
**Tel:**(212)643-1940
**Fax:**(212)643-1943
**Email:**deltauniformsusa@yahoo. com

On Monday, November 7, 2016 11:46 AM, Ahmed Karim <ahmed@stitchwellgarments.com> wrote:

Dear Mr. Joe,
Goods are sailing on this vessel:

CMA CGM CORNEILLE / 6145– ETD 11/11 – ETA NEW YORK 06/12

Faisal in reading, kindly send Mr. Joe the packing list first thing in the morning.

My apologies Mr. Joe, i forgot to inform Faisal that i was supposed to send this to you over the weekend.

Kind Regards
Ahmed

On Mon, Nov 7, 2016 at 9:10 PM, Delta Uniforms <deltauniformsusa@yahoo.com> wrote:

> MR. AHMED
> YOU WERE SUPPOSED TO SEND ME THE COMPLETE AND ACCURATE PACKING LIST ON FRIDAY OR SATURDAY
> STILL NOTHING FROM YOU YET
> AND WHAT IS THE STATUS ON THIS SHIPMENT WHEN IS IT LEAVING PAKISTAN ?
> JOE
>
> **DELTA UNIFORMS,INC.**
> 132 West 36 Street Suite#500
> New York,NY 10018
> **Tel:**(212)643-1940
> **Fax:**(212)643-1943
> **Email:**deltauniformsusa@yahoo. com

RLTR030126
USAO_325914

RLTR030127
USAO_325915

# STITCHWELL GARMENTS
## D-137/C, SITE KARACHI - PAKISTAN
## PHONE : 9221-32575253-55
## FAX : 9221-32575801

### COMMERCIAL INVOICE

| EXPORT REG # | FOR ACCOUNT & RISK OF MESSERS : | INVOICE # | SWG/1792/2016 |
|---|---|---|---|
| W-045967 | DELTA UNIFORMS, INC. | INVOICE DATE | 08.11.2016 |
| **INVOICE OF** | 132 WEST 36 STREET SUITE # 500 | FORM E # | HMB-2016-0000106387 |
| READYMADE GARMENTS | NEWYORK, NY 10018 | FORM E DATE | 31.10.2016 |
| **TERMS OF PAYMENT** | TEL : (212) 643-1940 | FROM : | KARACHI - PAKISTAN |
| C & F | FAX : (212) 643-1943 | TO : | NEWYORK - U.S.A |
| **SHIPMENT TERMS** | **SHIPMENT MADE BY** | **EXPORTING CARRIER** | |
| D/A, 30 DAYS | BY SEA | CMA CGM CORNEILLE / 6145 | |

**95% COTTON, 5% LYCRA LADIES WOVEN DYED SCRUB PANT READYMADE GARMENTS**

| PO # | STYLE # | COLOR | CTNS | DESCRIPTION | PIECES | PRICE | US $ |
|---|---|---|---|---|---|---|---|
| PA-04 | 885P | WHITE | 18 | LADIES WOVEN DYED SCRUB PANT | 651 | $ 3.40 | $ 2,213.40 |
| PA-04 | 885P | BLACK | 19 | LADIES WOVEN DYED SCRUB PANT | 684 | $ 3.40 | $ 2,325.60 |
| PA-04 | 885P | NAVY | 18 | LADIES WOVEN DYED SCRUB PANT | 664 | $ 3.40 | $ 2,257.60 |
| PA-04 | 885P | PURPLE | 20 | LADIES WOVEN DYED SCRUB PANT | 717 | $ 3.40 | $ 2,437.80 |
| PA-04 | 885P | HOT PINK | 20 | LADIES WOVEN DYED SCRUB PANT | 720 | $ 3.40 | $ 2,448.00 |
| PA-04 | 885P | ROYAL | 18 | LADIES WOVEN DYED SCRUB PANT | 648 | $ 3.40 | $ 2,203.20 |
| PA-04 | 885P | TURQUOISE | 17 | LADIES WOVEN DYED SCRUB PANT | 612 | $ 3.40 | $ 2,080.80 |
| PA-04 | 885P | RED | 10 | LADIES WOVEN DYED SCRUB PANT | 344 | $ 3.40 | $ 1,169.60 |
| PA-04 | 888P | WHITE | 20 | LADIES WOVEN DYED SCRUB PANT | 705 | $ 3.40 | $ 2,397.00 |
| PA-04 | 888P | BLACK | 18 | LADIES WOVEN DYED SCRUB PANT | 663 | $ 3.40 | $ 2,254.20 |
| PA-04 | 888P | NAVY | 18 | LADIES WOVEN DYED SCRUB PANT | 665 | $ 3.40 | $ 2,261.00 |
| PA-04 | 888P | ROYAL | 18 | LADIES WOVEN DYED SCRUB PANT | 657 | $ 3.40 | $ 2,233.80 |
| PA-04 | 888P | HOT PINK | 20 | LADIES WOVEN DYED SCRUB PANT | 711 | $ 3.40 | $ 2,417.40 |
| PA-04 | 888P | PURPLE | 20 | LADIES WOVEN DYED SCRUB PANT | 711 | $ 3.40 | $ 2,417.40 |
| PA-04 | 888P | TURQUOISE | 16 | LADIES WOVEN DYED SCRUB PANT | 585 | $ 3.40 | $ 1,989.00 |
| PA-04 | 888P | RED | 10 | LADIES WOVEN DYED SCRUB PANT | 343 | $ 3.40 | $ 1,166.20 |
| PA-04 | 666P | PURPLE | 20 | LADIES WOVEN DYED SCRUB PANT | 720 | $ 3.40 | $ 2,448.00 |
| PA-04 | 666P | RED | 20 | LADIES WOVEN DYED SCRUB PANT | 710 | $ 3.40 | $ 2,414.00 |
| PA-04 | 666P | BLACK | 20 | LADIES WOVEN DYED SCRUB PANT | 723 | $ 3.40 | $ 2,458.20 |
| PA-04 | 666P | NAVY | 19 | LADIES WOVEN DYED SCRUB PANT | 696 | $ 3.40 | $ 2,366.40 |
| PA-04 | 666P | WHITE | 20 | LADIES WOVEN DYED SCRUB PANT | 720 | $ 3.40 | $ 2,448.00 |
| PA-04 | 666P | ROYAL | 19 | LADIES WOVEN DYED SCRUB PANT | 682 | $ 3.40 | $ 2,318.80 |
| PA-04 | 666P | TURQUOISE | 16 | LADIES WOVEN DYED SCRUB PANT | 593 | $ 3.40 | $ 2,016.20 |
| PA-04 | 666P | HOT PINK | 10 | LADIES WOVEN DYED SCRUB PANT | 376 | $ 3.40 | $ 1,278.40 |
| **TOTAL QUANTITY** | | | **425** | | **15300** | | **$ 52,020.00** |

| | | |
|---|---|---|
| | TOTAL PIECES : | 15300 |
| | TOTAL CARTONS : | 425 |
| | **TOTAL US $** | **$ 52,020.00** |

**Weight per Pcs in Grams**

| Style | Size | Weight | Style | Size | Weight | Style | Size | Weight | Style | Size | Weight |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pant | XS | 0.250 | Pant | LG | 0.280 | | | | | | |
| Pant | SM | 0.260 | Pant | XL | 0.290 | | | | | | |
| Pant | MED | 0.270 | Pant | 2XL | 0.300 | | | | | | |

**Marks & Number's**
PO #
Style #
Color :
Ratio
Carton No :

Total Net Weight : 2998.000 Kgs

Total Gross Weight : 3560.000 Kgs

For Stitchwell Garments

RLTR030128
USAO_325916

# STITCHWELL GARMENTS
## D-137/C, SITE KARACHI - PAKISTAN
## PHONE : 9221-32575253-55
## FAX : 9221-32575801

### COMMERCIAL INVOICE

| EXPORT REG # | FOR ACCOUNT & RISK OF MESSERS : | INVOICE # | SWG/1792/2016 |
|---|---|---|---|
| W-045967 | DELTA UNIFORMS, INC. | INVOICE DATE | 08.11.2016 |
| **INVOICE OF** | 132 WEST 36 STREET SUITE # 500 | FORM E # | HMB-2016-0000106387 |
| READYMADE GARMENTS | NEWYORK, NY 10018 | FORM E DATE | 31.10.2016 |
| **TERMS OF PAYMENT** | TEL : (212) 643-1940 | FROM : | KARACHI - PAKISTAN |
| C & F | FAX : (212) 643-1943 | TO : | NEWYORK - U.S.A |
| **SHIPMENT TERMS** | **SHIPMENT MADE BY** | **EXPORTING CARRIER** | |
| D/A, 30 DAYS | BY SEA | CMA CGM CORNEILLE / 6145 | |

**95% COTTON, 5% LYCRA LADIES WOVEN DYED SCRUB PANT READYMADE GARMENTS**

| PO # | STYLE # | COLOR | CTNS | DESCRIPTION | PIECES | PRICE | US $ |
|---|---|---|---|---|---|---|---|
| PA-04 | 885P | WHITE | 18 | LADIES WOVEN DYED SCRUB PANT | 651 | $ 2.00 | $ 1,302.00 |
| PA-04 | 885P | BLACK | 19 | LADIES WOVEN DYED SCRUB PANT | 684 | $ 2.00 | $ 1,368.00 |
| PA-04 | 885P | NAVY | 18 | LADIES WOVEN DYED SCRUB PANT | 664 | $ 2.00 | $ 1,328.00 |
| PA-04 | 885P | PURPLE | 20 | LADIES WOVEN DYED SCRUB PANT | 717 | $ 2.00 | $ 1,434.00 |
| PA-04 | 885P | HOT PINK | 20 | LADIES WOVEN DYED SCRUB PANT | 720 | $ 2.00 | $ 1,440.00 |
| PA-04 | 885P | ROYAL | 18 | LADIES WOVEN DYED SCRUB PANT | 648 | $ 2.00 | $ 1,296.00 |
| PA-04 | 885P | TURQUOISE | 17 | LADIES WOVEN DYED SCRUB PANT | 612 | $ 2.00 | $ 1,224.00 |
| PA-04 | 885P | RED | 10 | LADIES WOVEN DYED SCRUB PANT | 344 | $ 2.00 | $ 688.00 |
| PA-04 | 888P | WHITE | 20 | LADIES WOVEN DYED SCRUB PANT | 705 | $ 2.00 | $ 1,410.00 |
| PA-04 | 888P | BLACK | 18 | LADIES WOVEN DYED SCRUB PANT | 663 | $ 2.00 | $ 1,326.00 |
| PA-04 | 888P | NAVY | 18 | LADIES WOVEN DYED SCRUB PANT | 665 | $ 2.00 | $ 1,330.00 |
| PA-04 | 888P | ROYAL | 18 | LADIES WOVEN DYED SCRUB PANT | 657 | $ 2.00 | $ 1,314.00 |
| PA-04 | 888P | HOT PINK | 20 | LADIES WOVEN DYED SCRUB PANT | 711 | $ 2.00 | $ 1,422.00 |
| PA-04 | 888P | PURPLE | 20 | LADIES WOVEN DYED SCRUB PANT | 711 | $ 2.00 | $ 1,422.00 |
| PA-04 | 888P | TURQUOISE | 16 | LADIES WOVEN DYED SCRUB PANT | 585 | $ 2.00 | $ 1,170.00 |
| PA-04 | 888P | RED | 10 | LADIES WOVEN DYED SCRUB PANT | 343 | $ 2.00 | $ 686.00 |
| PA-04 | 666P | PURPLE | 20 | LADIES WOVEN DYED SCRUB PANT | 720 | $ 2.00 | $ 1,440.00 |
| PA-04 | 666P | RED | 20 | LADIES WOVEN DYED SCRUB PANT | 710 | $ 2.00 | $ 1,420.00 |
| PA-04 | 666P | BLACK | 20 | LADIES WOVEN DYED SCRUB PANT | 723 | $ 2.00 | $ 1,446.00 |
| PA-04 | 666P | NAVY | 19 | LADIES WOVEN DYED SCRUB PANT | 696 | $ 2.00 | $ 1,392.00 |
| PA-04 | 666P | WHITE | 20 | LADIES WOVEN DYED SCRUB PANT | 720 | $ 2.00 | $ 1,440.00 |
| PA-04 | 666P | ROYAL | 19 | LADIES WOVEN DYED SCRUB PANT | 682 | $ 2.00 | $ 1,364.00 |
| PA-04 | 666P | TURQUOISE | 16 | LADIES WOVEN DYED SCRUB PANT | 593 | $ 2.00 | $ 1,186.00 |
| PA-04 | 666P | HOT PINK | 10 | LADIES WOVEN DYED SCRUB PANT | 376 | $ 2.00 | $ 752.00 |
| **TOTAL QUANTITY** | | | **425** | | **15300** | | **$ 30,600.00** |

| | | |
|---|---|---|
| | TOTAL PIECES : | 15300 |
| | TOTAL CARTONS : | 425 |
| | **TOTAL US $** | **$ 30,600.00** |

**Weight per Pcs in Grams**

| Style | Size | Weight | Style | Size | Weight | Style | Size | Weight | Style | Size | Weight |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pant | XS | 0.250 | Pant | LG | 0.280 | | | | | | |
| Pant | SM | 0.260 | Pant | XL | 0.290 | | | | | | |
| Pant | MED | 0.270 | Pant | 2XL | 0.300 | | | | | | |

**Marks & Number's**
PO #
Style #
Color :
Ratio
Carton No :

Total Net Weight : 2998.000 Kgs

Total Gross Weight : 3560.000 Kgs

**For Stitchwell Garments**

RLTR030129
USAO_325917